UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19cr10174 |
| v. | Violation: |
| RAHSHJEEM BENSON, a/k/a "Six Nine," | Count One: Felon in Possession of Firearm and Ammunition (18 U.S.C. § 922(g)(1)) |
| Defendant | Forfeiture Allegation: (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about April 5, 2019, in Boston, in the District of Massachusetts, the defendant,

RAHSHJEEM BENSON, a/k/a "Six Nine,"

having previously been convicted in a court of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition,

that is, a Charter Arms Bulldog Pug .44 SPL caliber revolver, with serial number 35476, and five

Smith & Wesson .44 caliber SPL cartridges.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.     Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count One of this Indictment, the defendant,

RAHSHJEEM BENSON, a/k/a "Six Nine,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense(s).   The property to be forfeited includes, but is not limited to, the following: five Smith & Wesson .44 SPL caliber cartridges.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2

A TRUE BILL

FOREPERSON

ELIANNA J. NUZUM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MAY 23, 2019
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

@ 12:57PM
5/23/19

3