UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 19-10174-LTS |
| ) | |
| RAHSHJEEM BENSON, ) | |
| ) | |
| Defendant. ) | |

VERDICT FORM

As to the Superseding Indictment charging that, on April 5, 2019, in violation of federal law, Rahshjeem Benson, having previously been convicted in a court of a crime punishable by more than one year of imprisonment, did knowingly possess a firearm and/or ammunition, in and affecting interstate commerce:

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT:

_____ Not Guilty       __X__ Guilty

**YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS REACHED A VERDICT BUT DO NOT REVEAL YOUR VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.**

Dated: 7 July 2021        Jury Foreperson: _[signature]_